NOTE: THIS ORDER IS NONPRECEDENTIAL.

# United States Court of Appeals for the Federal Circuit

---

**CUBIST PHARMACEUTICALS LLC,**
*Plaintiff-Appellant*

v.

**MYLAN LABORATORIES LIMITED, AGILA SPECIALTIES INC., FRESENIUS KABI USA, LLC, SAGENT PHARMACEUTICALS, INC.,**
*Defendants-Appellees*

---

2016-1652, -1653, -1796

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:12-cv-00367-GMS, 1:13-cv-01679-GMS, 1:14-cv-00914-GMS, 1:15-cv-01164-GMS, 1:15-cv-01214-GMS, and 1:16-cv-00030-GMS, Judge Gregory M. Sleet.

---

**O R D E R**

The above-captioned appeals appear to be related.

We consolidate the cases and thus one set of briefs should be filed for the three appeals.

Accordingly,

IT IS ORDERED THAT:

2      CUBIST PHARMACEUTICALS LLC v. MYLAN LABORATORIES LIMITED

    The appeals are consolidated. The revised official caption is reflected above. Appellant's opening brief is due no later than June 6, 2016.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26